PER CURIAM HEADING




 NO. 12-03-00429-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CLEOFAS MALDONADO,
§
 APPEAL FROM THE 7TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed because Appellant has failed, after notice, to pay or make
arrangements to pay the trial court clerk's fee for preparing the clerk's record. Appellant's sentence
was imposed on November 7, 2003, and the clerk's record was due on March 6, 2004. On March 8,
2004, the clerk notified this court by letter that the reason for the delay in filing was that Appellant
had not made a claim of indigence and had failed to either pay or make arrangements to pay for the
preparing of the clerk's record. On March 11, 2004, this court informed Appellant that, pursuant to
Tex. R. App. P. 37.3(b) and 42.3(c), the appeal would be dismissed unless proof of full payment to
the clerk was provided on or before March 22, 2004.

 To date, Appellant has neither provided proof of full payment or otherwise responded to this
court's notice. Accordingly, the appeal is dismissed. Tex. R. App. P. 37.3(b), 42.3(c). 

Opinion delivered March 24, 2004.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.




(DO NOT PUBLISH)